UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-79-F

PAUL FORMY-DUVAL, )
      Plaintiff, )
)
v. )    <u>ORDER</u>
)
INTERROLL CORP.; RICHARD KEELY; )
NICOLE R. BENNETT; MERRILL LYNCH; and )
GEORGE WALLACE, )
      Defendants. )

The Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This the 8th day of June, 2010.

                                      JAMES C. FOX
                                      Senior United States District Judge